**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-1077**

———————————

GEORGIA L. GILCHRIST,

    Plaintiff – Appellant,

  and

MARIKA G. MATTHEWS,

    Plaintiff,

  v.

RAMAN BAKSHI; UNITED STATES DEPARTMENT OF HOUSING & URBAN
DEVELOPMENT,

    Defendants – Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:09-
cv-00415-RWT)

———————————

Submitted:  July 22, 2010    Decided:  July 29, 2010

———————————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Georgia L. Gilchrist, Appellant Pro Se.  Raman Bakshi, Appellee
Pro Se.  Larry David Adams, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgia L. Gilchrist appeals the district court's orders dismissing her civil action against the United States Department of Housing and Urban Development and Raman Bakshi. We have reviewed the record and find no reversible error. Accordingly, we deny her motion for appointment of counsel and affirm for the reasons stated by the district court. Gilchrist v. Bakshi, No. 8:09-cv-00415-RWT (D. Md. filed Dec. 10, 2009 & entered Dec. 11, 2009; filed & entered Dec. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED